UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SALMONE R. DAVIS,<br><br>                    Plaintiff,<br><br>           v.<br><br>JOSEPH TRENK, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-01594-FMO-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Orders issued by the assigned magistrate judge (Dkt. 5, 7), and the Report and Recommendation of the magistrate judge issued on June 5, 2023 (Dkt. 9, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

   Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: June 23, 2023

                                                            /s/
                                              FERNANDO M. OLGUIN
                                              United States District Judge