JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SALMONE R. DAVIS, | Case No. 2:23-cv-01594-FMO-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| JOSEPH TRENK, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

    IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: June 23, 2023

/s/
FERNANDO M. OLGUIN
United States District Judge